UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-47

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CESAR AUGUSTIN MARQUEZ-GOMEZ ) | |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss the Indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 19).

**IT IS ORDERED** that the Government's motion is **GRANTED** and the Indictment is dismissed without prejudice.

Signed: February 3, 2012

Robert J. Conrad, Jr.
Chief United States District Judge